IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of December 15, 2021, Subpoena Issued by the United States House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol**<br><br>**PLAINTIFF,**<br><br>v.<br><br>**VERIZON COMMUNICATIONS INC.,**<br><br>**DEFENDANT.** | )<br>)<br>)  22-cv-00018<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Proceed Anonymously, it is, this ___ day of January, 2022, hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall be permitted to proceed anonymously in the above-captioned action.

**SO ORDERED**

_____
United States District Court Judge