AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| DANIEL J. SCAVINO JR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-CV-00018 |
| VERIZON COMMUNICATIONS INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Verizon Communications Inc.

Date:   05/24/2022

/s/ Reid M. Figel
*Attorney's signature*

Reid M. Figel (D.C. Bar No. 465054)
*Printed name and bar number*
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

*Address*

rfigel@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*