IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of December 15, 2021, Subpoena Issued by the United States House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol** | |
| **DANIEL J. SCAVINO, JR.,** ) <br> ) <br> **PLAINTIFF,** ) <br> ) <br> v. ) <br> ) <br> **VERIZON COMMUNICATIONS INC.,** ) <br> ) <br> ) <br> **DEFENDANT.** ) | 22-cv-00018 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion, it is, this ___ day of _____, 2022, hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED**.

**SO ORDERED**

_____
United States District Court Judge