**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DANIEL J. SCAVINO, JR.,<br><br>      *Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>      *Defendant*. | 1:22-cv-00018-DLF |

**DECLARATION OF REID M. FIGEL IN SUPPORT OF
DEFENDANT VERIZON COMMUNICATIONS INC.'S OPPOSITION TO
PLAINTIFF DANIEL J. SCAVINO JR.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Reid M. Figel, declare as follows:

1. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Defendant Verizon Communications Inc. ("Verizon"). I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I submit this declaration in support of Verizon's opposition to Plaintiff Daniel J. Scavino Jr.'s motion for summary judgment. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document produced as VCI_0000002-11.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2022

Respectfully submitted,

/s/ *Reid M. Figel*
Reid M. Figel (D.C. Bar No. 465054)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
202-326-7900 (ph)
rfigel@kellogghansen.com

*Counsel for Defendant*
*Verizon Communications Inc.*