IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. SCAVINO, JR.<br><br>   *Plaintiff*,<br>v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>   *Defendant*. | 1:22-cv-00018-DLF |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's motion for summary judgment, Defendant's opposition thereto, and the entire record herein, it is hereby:

**ORDERED** that Plaintiff's motion for summary judgment is **DENIED**;

**SO ORDERED.**

Dated:

               _____
               THE HONORABLE DABNEY L. FRIEDRICH
               United States District Judge