IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL J. SCAVINO,** | 1:22-cv-00018-DLF |
| Plaintiff, | The Honorable Dabney L. Friedrich |
| v. | |
| **VERIZON COMMUNICATIONS INC.,** | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Daniel J. Scavino and Defendant Verizon Communications Inc., by and through the undersigned counsel, respectfully submit this stipulation pursuant to Rule 41(a)(1)(A)(ii), (B) of the Federal Rules of Civil Procedure and in response to the Court's May 31, 2023 Minute Order. The parties having conferred stipulate that the above-captioned matter is voluntarily dismissed without prejudice.

**[SIGNATURE ON NEXT PAGE]**

Dated: June 9, 2023                             Respectfully submitted,

                                                    */s/ Stanley E. Woodward, Jr.*

Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD, ATTORNEYS AT LAW
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Plaintiff Daniel J. Scavino*

                                                    */s/ Reid M. Figel*

Reid M. Figel
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Tel: (202) 326-7900
rfigel@kellogghansen.com

*Counsel for Defendant Verizon Communications Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL J. SCAVINO,** | ) 1:22-cv-00018-DLF |
| Plaintiff, | ) The Honorable Dabney L. Friedrich |
| v. | ) |
| **VERIZON COMMUNICATIONS INC.,** | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on or about June 9, 2023, a true and correct copy of the foregoing was electronically filed and served with the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                          */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Daniel J. Scavino*